AO 245D    (Rev 09/11) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE District of ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA <br> v. | **Judgment in a Criminal Case** <br> (For **Revocation** of Probation or Supervised Release) |
| FREDRICK MCINTYRE | Case No.    2:12cr183-01-WKW <br> USM No.   12338-002 <br><br> Laronda Martin <br> Defendant's Attorney |

**THE DEFENDANT:**

X    admitted guilt to violation of condition(s)    1 of the 6/18/2013 petition    of the term of supervision.

☐    was found in violation of condition(s)    _____    after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant failed to follow the rules and regulations of the Mobile Community Service Center | 6/18/2013 |

The defendant is sentenced as provided in pages 2 through    2    of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐    The defendant has not violated condition(s)    _____    and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 9193

Defendant's Year of Birth:    1982

City and State of Defendant's Residence:
Owassa, Alabama

07/19/2013
Date of Imposition of Judgment

Signature of Judge

W. KEITH WATKINS, CHIEF U.S. DISTRICT JUDGE
Name and Title of Judge

7.23.13
Date

AO 245D    (Rev 09/11) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

DEFENDANT:        FREDRICK MCINTYRE
CASE NUMBER:      2:12cr183-01-WKW

Judgment — Page ___2___ of ___2___

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

12 Months. No Supervised Release imposed. Term of Supervised Release imposed on March 21, 2013 is revoked.

☐   The court makes the following recommendations to the Bureau of Prisons:

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m. ☐ p.m.   on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL